MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Thomas Wright,

          Plaintiff(s),

Case No. 07-10965

v.

Judge Nancy G. Edmunds

Carol R. Howes,

Magistrate Judge

          Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number __36__, filed __2/15/2013__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Carol Hemeyer__ at __(313) 234-5155__.

DAVID J. WEAVER, CLERK OF COURT

Dated: February 15, 2013

s/ Carol Hemeyer
Deputy Clerk